FILED

05/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0183

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0183

BOONE JEFFERSON BLOCK,

Petitioner,

v.

MONTANA EIGHTEENTH JUDICIAL
DISTRICT COURT, GALLATIN COUNTY,
HON. JOHN C. BROWN, Presiding,

Respondent.

FILED

MAY 0 2 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Petitioner Boone Jefferson Block seeks a writ of supervisory control over the Montana Eighteenth Judicial District Court, Gallatin County, in its Consolidated Cause Nos. DV-19-1413C and DR-19-4888A. Block asserts that the District Court has not ruled upon two pending motions in the underlying litigation. These pending motions include a request for a parenting hearing filed on October 14, 2020, and a motion to refer the parenting matter to the Standing Master, which was fully briefed as of April 20, 2022. Block further asserts that he brought the District Court's attention to the pending matters in accordance with local rules on November 3, 2022, but the District Court has taken no further action on the pending motion.

After receiving Block's petition for writ, we requested the District Court to file a summary response pursuant to M. R. App. P. 14(7). On April 24, 2023, the District Court responded and stated that on April 20, 2023, it had issued an Order for Scheduling Conference directing counsel to appear on May 9, 2023, to set a parenting plan hearing. Thus, the matters for which Block sought the writ have been addressed by the District Court and are proceeding toward resolution. As such, it is not necessary for this Court to take further action in this matter at this time.

IT IS THEREFORE ORDERED that the petition for a writ of supervisory control is DENIED and DISMISSED.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Eighteenth Judicial District Court Consolidated Cause Nos. DV-19-1413C and DR-19-4888A, and to the Honorable John C. Brown, presiding District Judge.

DATED this 2nd day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices